```
 1
 2
 3
 4
 5
 6                      UNITED STATES DISTRICT COURT
                        WESTERN DISTRICT OF WASHINGTON
 7                                AT SEATTLE
    _____
 8                                         )
    UNITED STATES OF AMERICA,              )
 9                                         )   Case No. MC17-0167RSL
                      Plaintiff,           )
10          v.                             )
                                           )   ORDER TO ISSUE WRIT OF
11  TERRILL D. BEEBE,                      )   CONTINUING GARNISHMENT
                                           )   AND NOTICE TO DEFENDANT/
12              Defendant/Judgment Debtor, )   JUDGMENT DEBTOR
                                           )
13          v.                             )
                                           )
14  VANGUARD FIDUCIARY TRUST               )
    COMPANY, INC.,                         )
15                                         )
                      Garnishee.           )
16  _____)
```

This matter comes before the Court on plaintiff's "Application for Writ of Continuing Garnishment" for property in which the defendant/judgment debtor, Terrill D. Beebe, has a substantial nonexempt interest and which is in the possession, custody, or control of the garnishee, Vanguard Fiduciary Trust Company, Inc. The Court having reviewed the record in this matter, hereby ORDERS that the Clerk of Court issue the "Writ of Continuing Garnishment" (Dkt. # 1-3) and the "Notice to Defendant/Judgment Debtor" (Dkt. # 1-4) submitted by plaintiff's counsel on December 8, 2017. Pursuant to 28 U.S.C. § 3205(c)(3), plaintiff shall serve the defendant/judgment debtor and the garnishee with a copy of the writ and accompanying instructions.

ORDER TO ISSUE WRIT OF CONTINUING
GARNISHMENT AND NOTICE TO DEFENDANT

1     Dated this 12th day of December, 2017.

*Robert S. Lasnik* (signature)

Robert S. Lasnik
United States District Judge

ORDER TO ISSUE WRIT OF CONTINUING
GARNISHMENT AND NOTICE TO DEFENDANT   -2-