The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TERRILL D. BEEBE,<br><br>　　　Defendant/Judgment Debtor,<br><br>　and<br><br>VANGUARD FIDUCIARY TRUST COMPANY, INC.,<br><br>　　　Garnishee. | NO.  2:18-CV-00078-TSZ<br><br>　(2:17-MC-00167-RSL)<br>　(2:98-CR-00527-WLD-1)<br><br>**Continuing Garnishee Order** |

　　A Writ of Continuing Garnishment, directed to Garnishee, Vanguard Fiduciary Trust Company, Inc. ("Vanguard"), has been duly issued and served upon the Garnishee.  Pursuant to the Writ, Garnishee Vanguard filed its Answer on December 20, 2017, stating that at the time of the service of the Writ, Garnishee had possession, custody, or control of a Calportland Company Thrift and Profit Sharing Plan for Salaried Employees #092240 in which

CONTINUING GARNISHEE ORDER
(*USA v. Terrill D. Beebe and Vanguard Fiduciary Trust Company, Inc.,* **Court Nos. 2:18-CV-00078-TSZ & 2:98-CR-00527-WLD-1) - 1**

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

Defendant/Judgment Debtor Terrill D. Beebe (Mr. Beebe) maintained a substantial nonexempt interest. Dkt. no. 6.

After notification of the garnishment proceeding was mailed to the parties on or about November 8, 2017, Mr. Beebe objected to the garnishment and requested a hearing. Dkt. no. 7. The Court considered and rejected Mr. Beebe's objections and denied his Request for Hearing in an opinion and order entered January 26, 2018. Dkt. no. 9.

IT IS THEREFORE ORDERED as follows:

That the Garnishee, Vanguard Fiduciary Trust Company, Inc., shall pay to the United States District Court for the Western District of Washington, 100 percent of non-exempt property from the Calportland Company Thrift and Profit Sharing Plan for Salaried Employees #092240, and all other accounts in the Garnishee's possession, custody, or control, in which Mr. Beebe maintains an interest and meets the requirements to withdraw, or becomes eligible to withdraw, less the $2,316.73 and $8,110.46 loan balances and any interest that has accrued thereon since Vanguard executed its Answer on December 18, 2017, less federal tax withholdings paid to the Internal Revenue Service, if any;

That such payments shall be applied to Mr. Beebe's outstanding restitution obligation in Case No. 2:98-cr-00527-WLD-1, by the United States District Court for the Western District of Washington; and

That the payments shall be made out to the United States District Court, Western District of Washington, referencing Case Nos. 2:98-CR-00527-WLD-1

**CONTINUING GARNISHEE ORDER**
(*USA v. Terrill D. Beebe and Vanguard Fiduciary Trust Company, Inc.*, **Court Nos. 2:18-CV-00078-TSZ & 2:98-CR-00527-WLD-1) - 2**

**UNITED STATES ATTORNEY'S OFFICE**
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

and 2:18-CV-00078-TSZ, and to deliver such payment either personally or by

First Class Mail to:

    United States District Court, Western District of Washington
    Attn: Financial Clerk – Lobby Level
    700 Stewart Street
    Seattle, Washington 98101

DATED this 23rd day of March, 2018.

*Thomas S. Zilly* (signature)
Thomas S. Zilly
United States District Judge

Presented by:

s/ Kyle A. Forsyth
KYLE A. FORSYTH, WSBA #34609
Assistant United States Attorney

**CONTINUING GARNISHEE ORDER**
(*USA v. Terrill D. Beebe and Vanguard Fiduciary Trust Company, Inc.,* **Court Nos. 2:18-CV-00078-TSZ & 2:98-CR-00527-WLD-1) - 3**

**UNITED STATES ATTORNEY'S OFFICE**
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970